Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 990 | **DATE** | July 30, 2010 |
| **CASE TITLE** | GS Cleantech Corporation vs. Big River Resources Galva, LLC, et al | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in this minute order, Defendants' motion to reassign a related case [31] is granted.

■[ For further details see text below.]                                    Docketing to mail notices.

---

## STATEMENT

　　This matter is before the court on a motion by Defendants Big River Resources Galva, LLC and Big River Resources West Burlington (the "Big River Defendants"), LLC to reassign a related case [31]. For the following reasons, the motion is granted.

　　Case 10 CV 990, *GS Cleantech Corporation v. Big River Resources Galva, LLC, et al*, is currently pending before this court (the "Instant Case"). Case 10 CV 2727, *GS Cleantech Corporation v. Lincolnland Agri-Energy, LLC et al* (the "Lincolnland Case") is currently pending before the Honorable Elaine Bucklo of the Northern District of Illinois. The Instant Case and the Lincolnland Case involve the same patent (the '858 Patent) and similar allegedly infringing technologies.

　　The plaintiff in both cases is GS Cleantech Corporation ("GS Cleantech" or "Plaintiff"). The Lincolnland Case originally included three defendants - Center Ethanol, LLC, terminated May 24, 2010; Center Ethanol Company, LLC, dismissed July 7, 2010; and Lincolnland Agri-Energy, LLC ("Lincolnland"), the one remaining defendant in the Lincolnland Case.

　　The only party who had any objection to the instant motion was Center Ethanol Company, LLC. (Dkt. No. 36). However, as already noted, that party was dismissed from the Lincolnland Case on July 7, 2010. GS Cleantech has consented to the instant motion, and Lincolnland has not objected to the reassignment.

　　Therefore, since none of the remaining parties object to the reassignment, the Big River Defendants' motion to reassign a related case [31] is granted, and the Lincolnland Case (10 CV 2727) is assigned to this court.

　　As explained in an order dated April 19, 2010, the Instant Case (10 CV 990) is stayed, pending the

**STATEMENT**

resolution of a related case in the Kansas District Court (Dkt. No. 29), and the stay is now applicable to the newly reassigned Lincolnland Case as well.

It is so ordered.

_____
Wayne R. Andersen
United States District Judge